UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JAMIE MEADE,

                    Plaintiff,                          Case No. 1:08cv517

v.                                                      Hon. Robert J. Jonker

MARY BERGHGUIS, et al.,

                    Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 22, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 22, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.


                                        /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE

DATED: August 13, 2009.