UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE MEADE #232516,

        Plaintiff,                Case No. 1:08CV517

v.                                        Hon. Robert J. Jonker

MARY BERGHUIS, et al.,

        Defendants.
_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 26, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 26, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendants' motion to dismiss (docket #30) is **GRANTED** and this matter is **DISMISSED**.

                                            /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE

Dated: August 27, 2010